IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:24cr400-MHT |
| | ) | (WO) |
| CARY WAYNE YEATHERMON | ) | |

ORDER

This case is before the court on defendant Cary Wayne Yeathermon's pro se petition for early termination of supervised release. Neither the government nor the supervising probation officer opposes the petition. As stated by his probation officer, "Cary Yeathermon's compliance with supervision can only be described as exceptional." Probation's Resp. (Doc. 8). Yeathermon has completed approximately 45 months of his 48-month term of supervised release without any new criminal conduct, failed drug tests, or other violations of the terms of supervision. He has maintained stable employment as a welder since 2022, positive family relationships, and stable housing. In

the last year, he even purchased his own home.  For all these reasons, early termination of supervision is well deserved.

Accordingly, it is ORDERED that:

(1) The pro se petition for early termination of supervised release (Doc. 3) is granted.

(2) Defendant Cary Wayne Yeathermon's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 20th day of April, 2026.

          /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE

2